No. 191, Misc. CROSSLEY *v.* TAHASH, WARDEN. Sup. Ct. Minn. Certiorari denied.

No. 199, Misc. KERNER *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for respondent.

No. 200, Misc. HALEY, ADMINISTRATRIX *v.* BALTIMORE & OHIO RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari denied. *Maurice R. Kraines* for petitioner. *John L. Rogers, Jr.,* for respondents.

No. 208, Misc. PHEASTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 209, Misc. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Orville A. Harlan* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 210, Misc. MOORE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 214, Misc. SAWYER *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 215, Misc. WITHERSPOON *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 216, Misc. GRIMBLE *v.* BROWN, ADMINISTRATOR, ET AL. Sup. Ct. La. Certiorari denied.